UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LARRY E ANDERSON,

    Defendant.

CASE NO. CR18-235-JLR

DETENTION ORDER

<u>Offense charged</u>:     Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:     October 4, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant has a lengthy criminal history, including numerous failures to appear with resultant bench warrant activity, as well as violations of the conditions of supervision. He

DETENTION ORDER
PAGE -1

has an unstable living situation and does not have a viable release address. Defendant also has pending charges in state court, and his background information is not verified. Defendant does not contest entry of an order of detention at this time.

2. Defendant poses a risk of nonappearance based on lack of verified background information, a history of failing to appear, unstable living situation, pending charges, and probation non-compliance. Defendant poses a risk of danger based on criminal history, substance use history, and non-compliance with probation.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 4th day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3