The Honorable James Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LARRY ANDERSON, <br><br> Defendant. | No. CR18-235 JLR <br><br> ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |

THIS MATTER has come before the Court on the motion of Brent Hart to withdraw as counsel for Larry Anderson and for the appointment of substitute counsel from the CJA Panel.

The Court has considered the motion and records in this case and finds there are compelling reasons to permit the withdrawal of counsel.

THEREFORE, THE COURT ORDERS that Brent Hart and Hart Jarvis Murray Chang PLLC shall be permitted to withdraw from the case.

IT IS FURTHER ORDERED that substitute counsel shall be appointed from the Criminal Justice Act Panel.

Withdrawing Counsel shall notify CJA panel coordinator immediately of this order.

[PROPOSED] Order to Withdraw
US v. Anderson CR18-235 JLR- 1

HART JARVIS MURRAY CHANG
2025 FIRST AVENUE, STE. 830
SEATTLE, WASHINGTON 98121
TEL: 206-661-1811
FAX: 206-260-2950

DONE this 18th day of October, 2018.

_____
James Robart
United States District Court Judge

Presented by:

s/ Brent Hart
_____
Brent Hart (Withdrawing Attorney)
WSBA 30368

[PROPOSED] Order to Withdraw
*US v. Anderson CR18-235 JLR*- 2

HART JARVIS MURRAY CHANG
2025 FIRST AVENUE, STE. 830
SEATTLE, WASHINGTON 98121
TEL: 206-661-1811
FAX: 206-260-2950