Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 18-235 JLR |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER GRANTING |
| | ) | MOTION TO WITHDRAW PLEA |
| LARRY E. ANDERSON, | ) | OF GUILTY |
| Defendant | ) | FRCP 11(b)(2)(B) |

Defendant LARRY E. ANDERSON, through counsel Terrence Kellogg, having moved the Court for entry of an order permitting Mr. Anderson to withdraw his plea of guilty in this case, it appearing the government does not oppose withdrawal of the plea of guilty under FRCP 11(b)(2)(B), the Court being familiar with the basis for this motion as set forth in defendant's motion, DOES

ORDER defendant Anderson's plea of guilty shall be withdrawn and a plea of not guilty entered.

Dated this 14th day of March, 2019, at Seattle, Washington.

Judge James L. Robart
United States District Court

[PROPOSED] ORDER GRANTING MOTION TO
WITHDRAW PLEA OF GUILTY - 1

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003